Manuel D. Serpa Calif. Bar No. 174182
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mds.esq@gmail.com

Attorney for plaintiff Judge J. Payne

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDGE J. PAYNE,<br>(XXX-XX-2857)<br>　　　PLAINTIFF,<br>　　v.<br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　DEFENDANT. | No. EDCV 08-470 JTL<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FIVE THOUSAND DOLLARS and no/100's ($5,000.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: January 30, 2009

　　　　　　　　　　　　　　　　　/s/Jennifer T. Lum
　　　　　　　　　　　　　　　HONORABLE JENNIFER T. LUM
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

- 1